**No. DC-04-19**
**Nunc Pro Tunc Order to**
**Correct Decision and**
**Amended Judgment**

The first paragraph of the March 8, 2005 Decision of the Sentence Review Division and the April 25, 2005 Amended Judgment of the Sentence Review Division states the following: "On October 20, 2004, the defendant was sentenced to Ten (10) years in the Montana State Prison, for the offense of Partner or Family Member Assault, a felony".

The October 20, 2004 Judgment on Revocation of Suspended Sentence sentences the defendant to Ten (10) years in the Montana State Prison for violation of the conditions of a suspended sentence for the following crimes: Count I: Intimidation, a felony; and Count II: Partner of Family Member Assault, a misdemeanor.

**NOW, THEREFORE, IT IS ORDERED** that the first paragraph of the Decision of the Sentence Review Division dated March 8, 2005 and the Amended Judgment of the Sentence Review Division dated April 25, 2005, **SHALL READ** as follows:

On October 20, 2004, the defendant was sentenced to Ten (10) years in the Montana State Prison for violation of the conditions of a suspended sentence for the following crimes: Count I: Intimidation, a felony; and Count II: Partner of Family Member Assault, a misdemeanor.

DATED this 1st day of June, 2005.
Chairperson, Hon. Gary L. Day

**STATE OF MONTANA,**
   **Plaintiff,**
**vs.**
**KRISTIAN ZSUPNIK,**
   **Defendant.**

**No. DC-04-13**
**Decision**

On September 2, 2004, the defendant was sentenced to sentenced to the following: Counts I and II: Ten (10) years in the Montana State Prison, with five (5) years suspended on each count, for the offense of Assault on a Peace Officer or Judicial Officer, a felony; Counts III and IV: Ten (10) years in the Montana State Prison, with ten (10) years suspended on each count, to run consecutively to Counts I and II, for the offense of Criminal Mischief, a felony; and Count V: A Six (6) month commitment to the Ravalli County Detention Center, to run concurrent to Count I, for the offense of Driving Under the Influence of Alcohol, a misdemeanor.

On March 8, 2005, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Keithi Worthington. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed.

Done in open Court this 8th day of March, 2005.

DATED this 31st day of March, 2005.

Chairperson, Hon. Gary L. Day, Member, Hon. John Whelan and Member, Hon. Randal I. Spaulding